**Frank Thomas, Appellee, v. Paul Impallaria, Appellant.**

**Gen. No. 47,187.**

First District, First Division.
December 16, 1957.
Released for publication February 10, 1958.

Harold Bell, for appellant; Murray R. Haddon, for appellee.
Opinion by PRESIDING JUSTICE SCHWARTZ. **Not to be published in full.**